HOLLYWOOD BRANDS, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 20540.

United States Court of Appeals
Fifth Circuit.
Dec. 20, 1963.
Rehearing Denied Jan. 29, 1964.
See 326 F.2d 400.

Fred S. Ball, Jr., Montgomery, Ala., for petitioner.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Dominick L. Manoli, Associate Gen. Counsel, N. L. R. B., Melvin Pollack, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Allen M. Hutter, Atty., N. L. R. B., for respondent.

Before RIVES and CAMERON, Circuit Judges, and HUNTER, District Judge.

PER CURIAM.

It appearing that the only issues before the Board are fact issues, and it further appearing that there was substantial evidence in the record as a whole to support the findings of the Board it is ordered that the Order of the Board shall be enforced.

Max JABEN, Petitioner,

v.

Hon. Richard DUNCAN, U. S. District Judge.

No. 17501.

United States Court of Appeals
Eighth Circuit.
Nov. 26, 1963.

Morris Shenker, Emanuel Shapiro, St. Louis, Mo., and James Patrick Quinn, Kansas City, Mo., for petitioner.

F. Russell Millin, U. S. Atty., for appellee.

PER CURIAM.

Petition for writ of prohibition, etc., docketed but issuance of writ denied, etc.